UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

        Plaintiff,

  v.

KRIST DE LUCA a/k/a KRISTA CORRIEA a/k/a KRISTA H. OWEN,

        Defendants.

No. 2:08-cv-01179-MCE-DAD

MEMORANDUM AND ORDER

----oo0oo----

Presently before the Court is Plaintiff's Ex Parte Motion for Order to Serve Defendant by Publication. Plaintiff originally filed this action on May 29, 2008. That same day, civil new case documents issued in which, consistent with Federal Rule of Civil Procedure 4(m), Plaintiff was directed to serve Defendant within 120 days. Well after the expiration of that 120-day period, Plaintiff now seeks to serve Defendant by publication.

///

1

1  The instant Motion is DENIED without prejudice as untimely
2 and the March 5, 2009, hearing is vacated.  Plaintiff is hereby
3 ordered to file a Motion to Extend Time along with its renewed
4 instant Motion, should it choose to do so, within ten (10) days
5 of this Order.  A failure to so file will result in dismissal of
6 this action without prejudice pursuant to Rule 4(m).
7  IT IS SO ORDERED.

 Dated: February 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE