# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" STREET
### SACRAMENTO, CA  95814

**Metropolitan Life Insurance Company**

**DEFAULT JUDGMENT**

**v.**

**Case No. 2:08-cv-1179 MCE DAD**

**Krista DeLuca**

_____

 

**IT IS ORDERED AND ADJUDGED** default judgment in the amount of $32,058.98 is hereby ENTERED against defendant:

**Krista DeLuca**
**aka Krista Corriea**
**aka Krista H. Owen**

February 25, 2010

VICTORIA C. MINOR, CLERK

By: _____ /s/ Kyle Owen _____
Kyle Owen , Deputy Clerk